UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LADARIUS D. MCGHEE,
        Plaintiff,

v.                                                                                 Case No. 25-CV-0409

OSHAE WILLIAMS,
        Defendant.

---

## ORDER

On May 29, 2025, Magistrate Judge Nancy Joseph issued a decision recommending that this action be dismissed without prejudice for failure to pay the filing fee. ECF No. 4. The decision was served on the plaintiff that same day. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), plaintiff had 14 days to file written objections to the order. That time expired on June 12, 2025, without plaintiff having filed an objection. Moreover, I have reviewed the order de novo and find that no part of it is erroneous or contrary to law.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Joseph's Report & Recommendation (ECF No. 4) is **ADOPTED** in its entirety. This case is **DISMISSED WITHOUT PREJUDICE** for lack of diligence. The Clerk of Court shall enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 12th day of June, 2015.

                                        /s/ Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge